UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIONEL KING,

                  Petitioner,

  -against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                  Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV-4354 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2005
P.M.
TIME A.M.

      A Memorandum and Order of Honorable Carol Bagley, United States District Judge, having been filed on April 25, 2005, denying petitioner's application for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's application for a writ of habeas corpus; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       April 25, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court